# IN THE DISTRICT COURT OF MARYLAND FOR PRINCE GEORGE'S COUNTY
## Civil Division

MARIE PETERSON  \*
4419 Arnold Road
Suitland, Maryland 20746  \*

    *Plaintiff*  \*

    v.  \*  Case No.:

    \*

WASHINGTON METROPOLITAN
AREA TRANSIT AUTHORITY  \*
600 Fifth Street NW
Washington, DC 20001  \*

    *Defendant.*  \*

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## COMPLAINT

(Personal Injury-Negligence-Automobile Accident)

COMES NOW, Marie Peterson (hereinafter "Plaintiff"), by and through undersigned counsel and GDH LAW, LLC, and files this Complaint and states the following for cause:

## PARTIES

1. Plaintiff is a resident of Suitland, Maryland.

2. Defendant Washington Metropolitan Area Transit Authority (hereinafter "Defendant") is located in and conducts business within Washington, D.C.

## COUNT I

1. The automobile collision at issue occurred in Suitland, Maryland. Thus, jurisdiction for this Court is proper.

2. On September 19, 2018, Plaintiff was a passenger on a WMATA Metro Bus that was being operated by Defendant's employee and was traveling towards Suitland Station in Suitland, Maryland.

3. The WMATA Metro Bus, driven by Defendant's employee, came to a stop to unload its passengers. Plaintiff got up from her seat and walked over to the doors to exit the Metro Bus.

4. As Plaintiff was exiting the WMATA Metro Bus, Defendant's employee negligently and recklessly closed the Metro Bus doors, causing Plaintiff to be pushed from the Bus onto the sidewalk.

6. Upon impact from being pushed from the WMATA Metro Bus onto the sidewalk, Plaintiff suffered injuries to her back, left shoulder, left hip and left leg.

7. Defendant's recklessly and carelessness caused Plaintiff significant bodily injuries.

8. Defendant was negligent by and through the actions of its employee, agent, and/or permissive user who failed to pay full time attention to the operation of the WMATA Metro Bus, failed to ensure that all passengers safely exit the WMATA Metro Bus before closing the doors, and failed to stop the WMATA Metro Bus and reveal their identity after the subject incident's occurrence.

9. As a direct and proximate result of Defendant's negligence, Plaintiff sustained painful and serious injuries in and about her left hip, back, left leg and left shoulder; great physical pain and mental anguish; loss and expense for physician's care; prescription drugs and like medical expenses; loss of enjoyment of her usual pursuits and pastimes and other such related injuries.

10. All of Plaintiff's losses were, are, and will be solely to and by reason of Defendant's careless ness ad negligence, without any negligence of want of care on Plaintiff.

WHEREFORE, Plaintiff Marie Peterson demands judgment against Defendant Washington Metropolitan Area Transit Authority in the excess amount of Fifteen Thousand Dollars ($15,000.00), plus interest and costs.

RESPECTFULLY SUBMITTED,

**GDH LAW, LLC**

_____
Gwen-Marie Davis, #011616
Pascal Moleus, #012385
4200 Parliament Place, Suite 510
Lanham, Maryland 20706
(301) 769 - 6835
*Attorneys for Plaintiff*